E-FILED
Tuesday, 13 December, 2011 10:16:17 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRAVIS L. HARTMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 11-CV-3133 |
| ) | |
| ROBERT KINDERMAN, et al., ) | |
| ) | |
| Defendants. ) | |

OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

Plaintiff, currently incarcerated in Logan Correctional Center, pursues claims arising from Defendants' alleged failure to follow post-operative instructions for Plaintiff during his stay at the Christian County Jail. This case is set for a conference on January 23, 2012, but the conference will be cancelled as unnecessary. All Defendants have been served and have appeared through counsel, and there are no pending issues to discuss.

IT IS THEREFORE ORDERED:

1

1) The status conference set for January 23, 2012, is cancelled. The clerk is directed to notify Plaintiff's prison of the cancellation.

2) Within 45 days of the entry of this order, the parties shall provide to each other the initial disclosures described in Fed. R. Civ. P. 26(a)(1)(i)-(ii).

3) Plaintiff shall disclose expert witnesses and expert testimony pursuant to the requirements of Fed. R. Civ. P. 26(a)(2) by April 16, 2012.

4) Defendants shall disclose expert witnesses and expert testimony pursuant to the requirements of Fed. R. Civ. P. 26(a)(2) by May 16, 2012.

5) Discovery closes June 29, 2012.

6) Dispositive motions are due July 31, 2012.

7) Plaintiff's incarceration limits him to written discovery. Written discovery must be served on a party at least 30 days before the discovery deadline. Discovery requests and responses are not filed with the court, unless there is a dispute regarding such discovery. See CDIL-LR 26.3.

Motions to compel discovery must be accompanied by the relevant portions of the discovery request and the response. Additionally, except for good cause shown, motions to compel must be filed within 14 days of receiving an unsatisfactory response to a timely discovery request.

8) A final pretrial conference is scheduled for Monday, April 29, 2013, at 1:30 p.m.. Defendants' counsel shall appear in person. Plaintiff shall appear by video. The parties are directed to submit an agreed, proposed final pretrial order by April 22, 2013.

9) Jury selection and the jury trial are scheduled for May 14, 2013, at 9:00 a.m. before this Court in Springfield, Illinois.

ENTERED: <u>  December 13, 2011 </u>

FOR THE COURT:

<u>          s/Sue E. Myerscough          </u>
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE